# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

October 2, 2019

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Isaiah Wilson**
             **13 Cr. 777 (AJN), 16 Cv. 4994 (AJN)**

Your Honor:

    Mr. Wilson has informed me that he wishes to proceed *pro se* in this proceeding pursuant to 28 U.S.C. § 2255. In particular, he informs me that he wants to "[d]ismiss[]" me as his lawyer and proceed *pro se*. Accordingly, I write to request that the Court relieve the Federal Defenders of New York as counsel to Mr. Wilson and permit him to proceed *pro se*.

    Pursuant to the Court's Order of September 11, 2019 (ECF No. 176), I wrote Mr. Wilson and provided him a copy of that Order. In my letter, I related the Order's directive that he may not communicate directly with the Court as long as he is represented by counsel and that if he "wish[es] to represent himself, he should so inform Mr. Fields and instruct Mr. Fields to move for leave to withdraw in order to permit Mr. Wilson to represent himself." *See* ECF No. 176.

    As noted, Mr. Wilson has informed me that he wants to represent himself and that he no longer wishes to be represented by this Office. Therefore, I respectfully request leave to withdraw as Mr. Wilson's counsel in this § 2255 proceeding, so that he may represent himself.

Honorable Alison J. Nathan  
United States District Judge  
Southern District of New York

October 2, 2019  
Page 2

Re: <u>United States v. Isaiah Wilson</u>  
13 Cr. 777 (AJN), 16 Cv. 4994 (AJN)

Respectfully,

/s/  
**DARRELL FIELDS**  
Assistant Federal Defender  
Tel.: (212) 417-8745

DBF/wd

cc: Edward B. Diskant, Esq.  
Assistant United States Attorney  
Southern District of New York  
(by ECF)

Mr. Isaiah Wilson  
Reg. No. 90950-054