UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
:
            -v-                                   :            13-CR-777-3 (LJL)
:
ISAIAH WILSON,                                    :                 ORDER
                         Defendant.               :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court received the attached letter which it is providing to the parties. The Court is not aware of any motions currently pending before it. The parties shall inform the Court within 30 days of the date of this Order whether there are any motions requiring the Court's attention.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                         LEWIS J. LIMAN
                                     United States District Judge

September 20, 2024

Court Of The Clerk
United States Court House
District of New York
Case #:13-CR-777

To Your Honor:

I write to you today with mixed emotions. Working with troubled and disenfranchised youth and adults on a daily basis I understand the need for law enforcement and judicial intervention. Unfortunately my frustration comes in knowing that sometimes your environment dictates your actions. By no means do I condone the situation that Mr. Isaiah Wilson has found himself in, but I am saying I understand it.

Mr. Wilson downward spiral began shortly after his father walked out of his life. This relationship was the center of his world. He had a unique bond with his father that many young urban boys do not have. They were extremely close and after that essential force was removed from his life, he was unable to cope with his reality. What Mr. Wilson failed to do was to seek professional treatment for his emotional distress. This may have perhaps diffused much of his confusion and anger. Consequently he landed himself in our judicial system. As a means of survival he was forced into the world of the street life.

While being incarcerated, Isaiah has become a productive person trying to get released so he can be a better father than his father was to him. He entered the street life where he freely and willingly denounced his affiliation after realizing that his life was not productive and wanting to make genuine changes. However, we find ourselves before your Honor. My request to you is not for sympathy but for understanding that this young man has not properly or professionally dealt with the absence of his father. It is not my intent to justify his actions, by no means do I make excuses for his involvement but I would not for this young man who has waited too long to decide to "do the right thing" to be lost in our correctional system. I ask that you consider his request

Sincerely,

Rakim Hill
Mentor & Counselor
(201) 538-4326